798 A.2d 1247

IN THE MATTER OF DONALD B. DEVIN,
AN ATTORNEY AT LAW.

June 5, 2002.

ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11, recommending that **DONALD B. DEVIN** of **ROCKAWAY,** who was admitted to the bar of this State in 1969, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **DONALD B. DEVIN** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that no petition for reinstatement to practice be submitted unless and until respondent cooperates fully with the Office of Attorney Ethics and provides the Office of Attorney Ethics with all records and information requested to date in its investigation; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **DONALD B. DEVIN** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of the Court; and it is

ORDERED that **DONALD B. DEVIN** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.